IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wilson, Ruby | Case Number: 08 B 09050 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 4/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 6. | Wells Fargo | Secured | | No Claim Filed |
| 7. | Christ Medical Center | Unsecured | | No Claim Filed |
| 8. | U S Cellular | Unsecured | | No Claim Filed |
| 9. | Richenbacker Collection Services | Unsecured | | No Claim Filed |
| 10. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 11. | Oxford Management Services | Unsecured | | No Claim Filed |
| 12. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 13. | City Of Chicago | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilson, Ruby

Printed:  7/15/08

Case Number:  08 B 09050
Judge:  Wedoff, Eugene R
Filed:  4/14/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

